# United States District Court

WESTERN DISTRICT OF WASHINGTON

SALVADOR ARRELOA-GUTIERREZ

      v.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5181RBL/
CR07-5258

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Defendant's Motion pursuant to 28 U.S.C. § 2255 is **DENIED**.

The Court declines to issue a certificate of appealability because the defendant has not made "a substantial showing of the denial of a constitutional rights." 28 U.S.C. § 2253(c)(2).

| | |
|---|---|
| April 7, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |